Michael L. Kitchen (019848)
**MARGRAVE CELMINS, P.C.**
8171 East Indian Bend Rd., Suite 101
Scottsdale, Arizona 85250
mlkitchen@mclawfirm.com
clonn@mclawfirm.com
Telephone (480) 994-2000
Facsimile (480) 994-2008

*Attorneys for Defendants A-1 Planet Recycling, Inc., Sal Palopoli and Lynn Palopoli*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Sam Sepulveda, an Arizona resident,<br><br>    Plaintiff,<br><br>v.<br><br>A-1 Planet Recycling, Inc., an Arizona Company; Sal Palopoli, an Arizona resident; Lynn Palopoli, an Arizona resident,<br><br>    Defendants. | Case No. 2:15-cv-01315-ROS<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

The parties, by and through counsel undersigned, hereby stipulate to dismiss the above-referenced civil case with prejudice, each party to bear their own attorneys' fees and costs incurred.

DATED this 15th day of July 2016.

**ZOLDAN LAW GROUP, PLLC**

/s/ Jason Barrat
Michael Zoldan (028128)
Jason Barrat (029086)
Jessica Miller (031005)
Attorneys for *Plaintiff*

**MARGRAVE CELMINS, P.C.**

/s/ Michael L. Kitchen
Michael L. Kitchen (019848)
Attorneys *for Defendants A-1 Planet Recycling, Inc., Sal Palopoli and Lynn Palopoli*

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2016 I electronically transmitted this document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF Registrants:

Michael Zoldan, Esq.
Jessica Miller, Esq.
ZOLDAN LAW GROUP, PLLC
8100 E. Indian School Road
Suite 103
Scottsdale, Arizona  85251

/s/ Linda Suggs
Linda Suggs

**Margrave Celmins, P.C.**
8171 East Indian Bend Rd., Suite 101
Scottsdale, Arizona 85250
Telephone (480) 994-2000 / Facsimile (480) 994-2008

2