# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sam Sepulveda,<br><br>    Plaintiff,<br><br>v.<br><br>A-1 Planet Recycling Incorporated, et al.,<br><br>    Defendants. | No. CV-15-01315-PHX-ROS<br><br>**ORDER** |

Pursuant to the parties' Stipulation of Dismissal (Doc. 33),

**IT IS ORDERED** this action is dismissed with prejudice, the parties to bear their own attorneys' fees and costs.

**IT IS FURTHER ORDERED** all pending deadlines in this case are vacated.

Dated this 15th day of July, 2016.

Honorable Roslyn O. Silver
Senior United States District Judge